UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF ARGENT SECURITIES, INC., ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2003-W5, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2003,<br><br>    Plaintiff,<br><br>        v.<br><br>GARY BOYD, JACQUELINE J. BOYD, CURRENT SPOUSE OR CIVIL UNION PARTNER, IF ANY, OF GARY BOYD, CURRENT SPOUSE OR CIVIL UNION PARTNER, IF ANY, OF JACQUELINE J. BOYD, UNITED STATES OF AMERICA and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,<br><br>    Defendants. | Case No. 12-cv-714-JPG-PMF |

## **JUDGMENT**

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that the claims of the plaintiff Deutsche Bank National Trust Company, as Trustee of Argent Securities, Inc., Asset Backed Pass Through Certificates, Series 2003-W5, Under the Pooling and Servicing Agreement Dated as of October 1, 2003, against the defendant United States of America are dismissed with prejudice; and

    IT IS FURTHER ORDERED AND ADJUDGED that the claims of the plaintiff Deutsche Bank National Trust Company, as Trustee of Argent Securities, Inc., Asset Backed Pass Through Certificates, Series 2003-W5, Under the Pooling and Servicing Agreement Dated as of October 1, 2003, against the defendants Gary Boyd, Jacqueline J. Boyd, Current Spouse or Civil Union Partner, if any, of Gary Boyd, Current Spouse or Civil Union Partner, if any, of Jacqueline J. Boyd, and Unknown Owners and Non-Record Claimants are dismissed without prejudice.

**DATED:** June 6, 2013        NANCY J. ROSENSTENGEL, Clerk of Court

                                    **s/Jina Hoyt, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**